Case Number 3:18-CV-00515-CRS

17-CR-003576-001 CROSS REFERENCE to Circuit 17-F-009236
ENH TICS, 1ST Degree, 2ND or 3 OFFENSE (>= 4 GMS COCAINE)
218A.1412

Comp. Convicted Felon In Possession of a Handgun -
527.040

ENH DRUG PARAPHERNALIA - BUY/POSSESS - 218A.500

Case Number: 3:18-CV-00515-CRS

U.S.C 21:841(A)(1) AND 841(B)(1)(B)
CONTROLLED SUBSTANCE, SELL, DISTRIBUTE OR DISPENSE
COUNTS 1-2

U.S.C 18:922(G)(1) AND 924(A)(2)
UNLAWFUL TRANSPORT OF FIREARM
COUNT 3

U.S.C 21:846 AND 841(B)(1)(B)
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE
COUNT 4

(3.) all Charges STILL PENDING

(4) HAVE NOT BEEN CONVICTED

(5) N/A

(6) N/A

3:18-CV-00515-CRS

Honorable, Senior Judge, Charles R. Simpson III

I Plaintiff, Quentin L. Black Jr contacted Commonwealth's Attorney Andrew Miller about the status quo of the state case 17-CR-003576-001. Mr. Miller, wouldn't advise or send a copy due to Attorney Frank Mascagni III involvement.

I've been trying to reach out to Frank Mascagni, via letter, and Phone Message, and Frank hasn't responded to neither.

I'm trying to comply with your ORDER. However, with limit resources it's been difficult to acquire the fact on the State Case, for both our behalf, so I'm asking for extened TIME, IF need be..

Sincerely
Quentin L. Black. Jr
Quentin L Black

Quentin L. Black, JR 223835
G.C.D.C
320 SHAW STATION RD
Leitchfield, Ky 42754

Senior Judge
    Charles R. Simpson III
United States District
    601 W. Broadway RM 106
Gene Snyder U.S. Courthouse
Louisville, Ky 40202

LOUISVILLE KY 400

13 DEC 2018 PM 3 L



Grayson County Detention C

FILED
  T COURT
  STRICT
18 DEC 14 PM 4:34

40202-224999