UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**QUENTIN L. BLACK, JR.**                                                       **PLAINTIFF**

v.                                                                   CIVIL ACTION NO. 3:18-CV-P515-CRS

**JONAH KIPER et al.**                                                             **DEFENDANTS**

## ORDER

Plaintiff Quentin L. Black, Jr., filed a *pro se*, *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983. On initial review pursuant to 28 U.S.C. § 1915A and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007), the Court ordered Plaintiff to provide additional information concerning the criminal charges against him.

Plaintiff has responded (DN 7) with information about the federal criminal case against him, which is still pending, and has supplied the Court with the state-court criminal case number. He states that he has not been able to obtain information about the status of his state-court case, and he details the efforts he took to do so. It appears from his response that the state-court criminal action is ongoing. The Court finds that Plaintiff has provided sufficient information for the Court to determine whether this action should be stayed. The Court finds that it should be.

**IT IS HEREBY ORDERED** that this action is **STAYED** pending the final disposition of the federal and state-court criminal cases. **Plaintiff shall notify the Court in writing within 30 days** of the final disposition of the federal and state-court criminal cases. Plaintiff is WARNED that failure to timely notify the Court may result in the dismissal of this case.

Date: March 11, 2019

cc:     Plaintiff, *pro se*
4411.009

Charles R. Simpson III, Senior Judge
United States District Court