U.S DISTRICT COURT

FILED JS
19 OCT 28 PM 3:58

WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

CIVIL DOCKET FOR CASE # 3:18-CV-00515-CRS

PLAINTIFF: QUENTIN L. BLACK, JR IS RESPONDING TO THE DOCKET SHEET RECEIVED ON 10-18-19..

ON AUGUST 1, 2019 PLAINTIFF SENT OUT A NOTIFICATION EXPLAINING THE FINAL DISPOSITION OF HIS FEDERAL CRIMINAL CASE TO: SENIOR JUDGE CHARLES R. SIMPSON III.. HOWEVER, THERE ISN'T ANY REFERENCE TO IT ON THE DOCKET SHEET BEING FILED..

AS OF AUGUST 1, 2019 PLAINTIFF ACCEPTED A PLEA FOR A 151 MONTHS AND THE STATE CASE WAS DISMISSED AFTERWARDS.. HE WAS GOING TO APPEAL THE FEDERAL CASE DUE TO INEFFECTIVE COUNSEL, BUT AT THIS MOMENT IS CONSIDERING HIS OPTIONS.

PLEASE RESPOND TO THIS LETTER CONCERNING THE FINAL DISPOSITION SENT TO SENIOR JUDGE CHARLES R. SIMPSON, III

REGNO..: 19323-033 NAME: BLACK, QUENTIN

FBI NO............: 191687JB9            DATE OF BIRTH: 11-19-1979  AGE: 39
ARS1..............: THA/A-DES
UNIT..............: 3                    QUARTERS.....: J03-038U
DETAINERS.........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-19-2028

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 11-19-2028 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: KENTUCKY, WESTERN DISTRICT
DOCKET NUMBER....................: 3:17-CR-173-1-CHB
JUDGE............................: HORN BOOM
DATE SENTENCED/PROBATION IMPOSED: 08-01-2019
DATE COMMITTED...................: 09-25-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $300.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 409    21:841 & 846 SEC 841-851
OFF/CHG: 21:841(A)(1), (B)(1)(B), AND 851 - POSSESSION WITH INTENT TO
         DISTRIBUTE COCAINE (CT 1), 21:841(A)(1), (B)(1)(B) AND 851 -
         POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE (CTS 2 & 4)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   151 MONTHS
 TERM OF SUPERVISION.............:     8 YEARS
 DATE OF OFFENSE.................: 08-02-2017

G0002        MORE PAGES TO FOLLOW . . .

**NAME:** Quentin Block
**NUMBER:** 19323-033
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

FILED US
DISTRICT COURT
WESTERN DISTRICT OF KY
19 OCT 28 PM 3:58

Quentin Block

INMATE
IDENTIFICATION
CONFIRMED

4020232249 C075

INDIANAPOLIS IN 460
23 OCT 2019 PM 1 L

Office Of The Clerk
U.S. District Court
106 Gene Snyder U.S. Court House
601 W. Broadway
Louisville, KY 40202-2249